Opinion adopted by the Supreme Court.

## MOSLEY v. STATE.
### No. 19394.

Court of Criminal Appeals of Texas.
Feb. 9, 1938.

John B. Henderson, Jr., and Thomas J. Prothro, both of Marshall, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is murder; penalty assessed at confinement in the penitentiary for two years.

The indictment appears regular and regularly presented. The record is before us without statement of facts or bills of exception. Nothing has been presented justifying a reversal of the conviction. The judgment of the trial court is therefore affirmed.